1
2
3
4
5
6
7
8
9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION**

11

12 JERONIMO PONCE ULLOA,                    ) Case No. ED CV 15-00031-AS
                                          )
13               Plaintiff,               )    **JUDGMENT**
                                          )
14     v.                                 )
                                          )
15 CAROLYN W. COLVIN,                     )
   Acting Commissioner of the            )
16 Social Security Administration,)
                                          )
17               Defendant.               )
   ───────────────────────────────       )
18

19     IT IS ADJUDGED that this action is DISMISSED with prejudice.
20

21 Dated: December 23, 2015.

22

23                          _____/s/_____
                            ALKA SAGAR
24                   UNITED STATES MAGISTRATE JUDGE

25
26
27
28